# EXHIBIT 14



OFFICE OF THE SECRETARY OF STATE

# STATE OF OKLAHOMA

## CERTIFICATE OF INCORPORATION

**WHEREAS,** *the Certificate of Incorporation, executed and acknowledged by*

**THE INSURANCE CENTER AGENCY, INC.**

*has been filed in the office of the Secretary of State as provided by the laws of the State of Oklahoma.*

**NOW THEREFORE, I,** *the undersigned, Secretary of State of the State of Oklahoma, by virtue of the powers vested in me by law, do hereby issue this certificate evidencing such filing.*

**IN TESTIMONY WHEREOF,** *I hereunto set my hand and cause to be affixed the Great Seal of the State of Oklahoma.*

Filed in the City of Oklahoma City this __2ND__ day of __FEBRUARY__, 1995.

_____
Secretary of State

By: _____