IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **METRO MART, INC.,** )<br>)<br>Plaintiff, )<br>)<br>*versus* )<br>)<br>**NORTH STAR MUTUAL** )<br>**INSURANCE COMPANY,** )<br>)<br>Defendant. ) | Case No. CIV-14-1215-W |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the attorneys of record for all parties and hereby stipulate and agree that the above captioned cause may be dismissed with prejudice to further litigation pertaining to all matters involved herein with each party to bear its own attorneys' fees and costs.

Said parties hereby request the Court Clerk show this action as dismissed with prejudice pursuant to this stipulation.

Respectfully submitted,

*/s/ J. Drew Houghton*
J. Drew Houghton, OBA # 18080
FOSHEE & YAFFE
P.O. Box 890420
Oklahoma City, OK 73189
Phone: (405) 232-8080
Fax: (405) 601-1103
dhoughton@fosheeyaffe.com

Larry E. Bache, Jr., Esq.
MERLIN LAW GROUP, P.A.
FL State Bar No: 91304
777 S. Harbour Blvd, 9th Floor
Tampa, FL 33602
lbache@merlinlawgroup.com
Phone: (813) 229-1000
Fax: (813) 229-3692

-1-

-and-

Phillip N. Sanov, Esq.
MERLIN LAW GROUP
TX State Bar No: 17635959
Three Riverway, Suite 701
Houston, Texas 77056
psanov@merlinlawgroup.com
Telephone: (713) 626-8880
Facsimile: (713) 626-8881

*Attorneys for Plaintiff*

-and-


*/s/ Erin J. Rooney*
(Signed by Filing Attorney with permission)
Erin J. Rooney, OBA #31207
Gerard F. Pignato, OBA #11473
Pignato, Cooper, Kolker & Roberson, P.C.
Robinson Renaissance Building
119 N. Robinson, 11th Floor
Oklahoma, OK 73102
Telephone: 405-606-3333
Facsimile: 405-606-3334

*Attorneys for Defendant, North Star Mutual Insurance Company*